IN THE UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF LOUISIANA

CITI PROPERTY HOLDING INC.       CASE NO: 11-617 R (1)

                             PLAINTIFF,

VS.

JAMIE LABRANCHE
                    DEFENDANT



***********************************************************

"MOTION FOR SUMMARY JUDGMENT"
(1)
NOW IN COURT DEFENDANT JAMIE LABRANCHE PURSUANT TO LOCAL RULE 56.1 MOVES COURT FOR SUMMARY JUDGMENT.

   DEFENDANTS FINDS THAT SN SERVICING, MR. WILLIAM A. FOGLEMAN, AND CITI ARE WITHOUT STANDING TO PURSUE THIS FORECLOSURE ACTION, AND FURTHER FINDS THAT MR. FOGLEMAN WITH SN SERVICING HAD ACTUAL KNOWLEDGE THAT THE MORTGAGE NOTE USED TO OBTAIN AN EXECUTORY PROCESS ORDER OF WRIT OF SEIZURE AND SALE OF MY HOME WAS COUNTERFEIT, FORGED OVERED WITH WET INK,FORGERY.

DEFENDANTS FINDS BY CLEAR AND CONVINCING EVIDENCE STATED IN ATTACHED SEPARATE AND CONCISE STATEMENT PAGE, THAT SN SERVICING WILLIAM A. FOGLEMAN COMMITTED FRAUD ON THIS COURT.

DEFENDANTS FINDS BY CLEAR AND CONVINCING EVIDENCE, THAT OBTAINING AN ORDER OF EXECUTORY PROCESS OF WRIT OF SEIZURE AND SALE WITH A COUNTERFEIT MORTAGE NOTE AMOUNT TO A " KNOWING DECEPTION INTENDED TO PREVENT THE DEFENDANTS FROM DISCOVERY ESSENTIAL TO DEFENDING THE CLAIM AND ARE THEREFORE FRAUD.

DISMISSAL FOR FRAUD IS APPOPRIATE WHERE IS CAN BE



1

DEMONSTRATED CLEARLY AND CONVINCINGLY THAT A PARTY HAS SENTIENTLY SET IN MOTION SOME UNCONSCIONABLE SCHEME CALCULATED TO INTERFERE WITH JUDICIAL SYSTEM ABILITY IMPARTIALLY TO ADJUDICATE A MATTER IMPROPERLY INFLUENCING THE TRIER OF FACT OR UNFAIRLY HAMPERING THE PRESENTATION OF OPPOSING PARTY CLAIM OR DEFENSE.

PLAINTIFF DID NOT FILE AN OBJECTION TO DEFENDANT MOTION FOR SUMMARY JUDGMENT DATED JANUARY 10, 2011 TIME STAMP 12:55 PM IN STATE COURT. NOTE, IN RECORD 11-617.

THE UNDISPUTED MATERIAL FACTS LISTED IN " SEPARATE AND CONCISE STATEMENT PAGE AND SUMMARY JUDGMENT DATED JANUARY 10, 2011 REQUIRE JUDGMENT TO BE ENTERED IN FAVOR OF MOVING PARTY AS A MATTER OF LAW.

(2)
UNDER 15 U.S.C. 1601, TRUTH IN LENDING ACT, CONSUMER CREDIT PROTECTION ( REG. "Z" 12CFR 226.23 RIGHT OF RESCISSION. THIS LOAN WAS RECINDED VIA- CERTIFY RETURN RECEIPT US MAIL ON AUGUST 3, 2008,EVIDENCE IS IN COURT RECORD C-54549.ACCORDING TO THE CLEAR AND CONCISE FEDERAL LAW SEC. 226.23 SEC. (D) SECURITY INTEREST BECOMES VOID AND THE CONSUMER SHALL NOT BE LIABLE FOR ANY AMOUNT INCLUDING ANY FINANCE CHARGE.ACCORDING TO THE CLEAR AND CONCISE FEDERAL LAW 226.23 SEC.(2) THE PLAINTIFF ( CREDITOR) WITHIN 20 CALENDER DAYS AFTER RECEIPT OF NOTICE OF RESCISSION, THE " CREDITOR" SHALL RETURN ANY MONEY OR PROPERTY THAT HAS BEEN GIVEN TO ANYONE IN CONNECTION WITH THE TRANSACTION AND SHALL TAKE ANY ACTION NECESSARY TO REFLECT THE TERMINATION OF THE SECURITY INTEREST. AS STATED IN LAW THE PLAINTIFF HAD THE BURDEN TO COME TO THE TABLE FIRST, CITI AND HERSCHEL C. ADCOCK JR. NOT ONLY FAILED TO COMPLY, THEY UNDERMINED THE VERY EXISTENCE OF 15 U.S.C. 1601, SEC.226.23 AS YOU WILL READ IN SEPARATE AND CONCISE STATEMENT PAGE.THE ONLY WAY SEC. (D) (2) AND (3) CAN MODIFIED IS BY COURT ORDER. THERE ARE NO COURT ORDERS TO DATE.IN APPLYING THE LAWS U.S.C. 1601 ( Z) 226.23

TO THE UNDISPUTED FACTS THE DEFENDANT IS CLEARLY ENTITLED TO JUDGMENT.

JAMIE LABRANCHE
2173 CARMEL VALLEY DRIVE
LAPLACE, LA. 70068
CELL: 504-559-9586

IN THE UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF LOUISIANA

CITI PROPERTY HOLDING INC.     CASE NO: 11-617
                    PLAINTIFF

VS.

JAMIE LABRANCHE
            DEFENDANT
**************************************************

CERTICATE OF SERVICE

I HEREBY CERTIFY ON 4-5-2011 I CAUSE THIS MOTION FOR SUMMARY JUDGMENT TO BE DELIVERED TO WILLIAM FOGLEMAN, 3050 WESTFORK DR. BATON ROUGE, LA. 70816 AND TO LESLIE EHRET& MICHAEL PINKERTON 1100 POYDRAS STREET,SUITE 3700, NEW ORLEANS, LA.70163.BY POSTING A COPY IN US MAIL.

4-5-2011

                                            JAMIE LABRANCHE

9