IN THE UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF LOUISIANA

CITI PROPERTY HOLDING INC.      CASE NO: 11-617

PLAINTIFF

VS.

JAMIE LABRANCHE
                    DEFENDANT
*****************************************************************

" A SEPARATE AND CONCISE STATEMENT PAGE"

(1)     THE MORTGAGE NOTE USED FOR STANDING TO FORECLOSED ON MY HOME CASE#C-54549 40TH JD ST. JOHN THE BAPTIST PARISH. SUMMARY FINDINGS THE MORTGAGE NOTE USED TO OBTAIN AN EXECUTORY PROCESS ORDER OF WRIT OF SEIZURE AND SALE OF MY HOME IS COUNTERFEIT AND IS FORGED OVER WITH INK. I WILL TAKE YOU FROM START TO FINISH AND PROVE THESE FACTS.

ON 2-12-2010 I SENT SN SERVICING MR. WILLIAM A. FOGLEMAN A LETTER PURSUANT TO 12 U.S.C. 2605 FOR INFO CONCERNING MY LOAN. ON MARCH 10, 2010 I RECEIVED IT FROM MR. FOGLEMAN A COPY OF COVER LETTER, ENVELOPE AND A COPY OF MORTGAGE NOTE THAT WAS NOT RECORDED ( ENCLOSED EXHIBIT A ) ON LINE SEVEN OF LETTER MR. FOGLEMAN STATES: " THE ORIGINAL LOAN FILE IS HELD BY THE CUSTODIAN FOR CITIGROUP GLOBAL MARKETS REALITY CORP.." BECAUSE I ASKED HIM IN RESPA LETTER TO PRODUCE NOTE FOR VIEWING.

TAKE NOTE CASE FILE NO:11-617 U.S. DISTRICT COURT LA., YOU WILL NOTICE THE FALSE NOTARIZATION AT CLOSING, AND NOT RECEIVING ANY CLOSING DOCS, AT CLOSING. THE CLOSING COMPANY NATIONS TITLE IN BATON ROUGE LA. IS OUT OF BUSINESS. SO I SEARCHED AND FOUND NATIONS LENDING

SERVICE, 9801 LEGLER RD. LENEX, KANSAS, 66219, I TALKED TO TARA SELLEY, THEY KEPTED COPIES OF BATON ROUGE FILES. ON 3-29-2010 SHE FED-X ME A COPY OF ENTIRE CLOSING INCLUDING COPIES OF RECORDED MORTGAGE NOTE. A COPY OF FED-X PACKAGE, COPY OF NATIONS TITLE RECORDED MORTGAGE NOTE AND I ENCLOSED A CERTIFY COPY OF MORTGAGE NOTE USED IN CASE C-54549 TO OBTAIN WRIT FROM CLERK OF COURT SIGNED WITH RAISED SEAL ON 3-29-11 EXHIBIT ( B )

LOOK AT CLERKS COPY, THEN LOOK AT COPY FROM NATIONS TITLE, IT DOES NOT TAKE A PRO TO SEE THIS COUNTERFEIT MORTGAGE NOTE AND FORGED OVER WITH INK,FROM COURT RECORD,SEE ATTACHED EVIDENCE PAGE AND TWO NOTES.

ON 11-5-2010,I HAD A RECORDED PHONE MEETING WITH MR. WILLIAM FOGLEMAN,TRANSCRIPTS IN COURT RECORD. MR. FOGLEMAN STATED: " ORIGINAL NOTE AND CERTIFY COPY OF MORTGAGE FILE WITH SUIT, THAT'S WHAT REQUIRED WHEN YOU FILE A SUIT LIKE THIS." SEVEN SENTENCES LATER HE STATES THAT'S THE REAL THING. NOW REMEMBER HIS RESPA LETTER DATED 2-26-2010.HE STATES THE ORIGINAL LOAN FILE IS HELD BY THE CUSTODIAN FOR CITIGROUP GLOBAL MARKETS REALTY CORP.

END RESULT IS THE MORTGAGE NOTE IN COURT RECORD CASE C-54549 IS COUNTERFEIT AND FORGED OVER WITH INK,( THIS MORTGAGE NOTE WAS USED TO OBTAIN AN EXECUTORY PROCESS ORDER OF WRIT OF SEIZURE AND SALE OF MY HOME IN STATE COURT.) THAT'S LIKE ME TAKING $ 200.000 WORTH OF COUNTERFEIT CASH BILL NOTES AND BUYING A HOUSE. THIS IS FRAUD UPON A COURT BY AN OFFICER OF THE COURT, FORGERY, THEFT BY FRAUD IN THE AMOUNT OF HOUSE.  I HAVE ALL EVIDENCE IN CASE INCLUDING AUDIO, IF YOU NEED MORE INFO PLEASE CONTACT ME.

( 2 )
CITI AND HERSCHEL C. ADCOCK JR. UNDERMINED THE VERY EXISTENCE OF 15 U.S.C. 1601 226.23 Z TRUTH IN LENDING ACT.

INSTEAD OF COMPLYING WITH LAW, AFTER THEY RECEIVED MY RESCINDED LOAN ON AUGUST 5, 2008 SIGNED CERTIFIED RETURN RECEIPT. THEY MOVED TO AN SEIZURE AND SALE IN EARLY OCTOBER 2008, SENDING ME TO AN CHAPTER SEVEN BK ON SEPT. 30, 2008 TO SAVE MY FAMILY HOME.
NOTE: VIEW TIMELINE** MR. ADCOCK LETTER DATED JULY 7, 2008** MY RESCINDED LOAN DATED AUGUST 3, 2008 AND MY CHAPTER SEVEN BK DATED SEPT.30,2008 AND MR. ADCOCK SEIZURE AND SALE EARLY OCTOBER 2008.EVIDENCE INCLUDED WITH MOTION AND IN COURT RECORD.ACCORDING TO LAW SEC. 130 CIVIL LIABILITY (2) A (I) OF TRUTH IN LENDING ACT I AM ENTITLE TO TWICE THE AMOUNT OF ANY FINANCE CHARGE IN CONNECTION WITH TRANSACTION,COURT COST,AND ATTORNEYS FEES.THE BANK CHOOSE TO IGNORE LAWS IN PLACE U.S.C. 1601 SEC. 226.23 Z AND FORCE ME INTO CHAPTER SEVEN BK TO SAVE MY HOME, THERE BY CAUSING UNREPAIRABLE DAMAGE TO MY CREDIT, I AM HOLDING BANK LIABLE FOR DAMAGES.

JAMIE LABRANCHE
2173 CARMEL VALLEY DRIVE
LAPLACE, LA. 70068
504-559-9586 CELL

6