## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CITI PROPERTY HOLDINGS, INC.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO: 11-617** |
| | * | |
| **JAMIE P. LABRANCHE ET AL** | * | **SECTION: "R"(1)** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO REMAND

NOW INTO COURT comes Plaintiff, Citi Property Holdings, Inc., whose agent is SN Servicing Corporation ("Citi Property Holdings"), which moves this Honorable Court to remand this matter to state court for untimely removal and lack of subject matter jurisdiction, as explained more fully in the attached memorandum.

WHEREFORE, Plaintiff, Citi Property Holdings prays that an Order be issued remanding this case to state court and awarding costs and actual expenses, including attorneys' fees.

Respectfully submitted,

William A. Fogleman (#5630)
Attorney for Petitioner
3050 Westfork Drive
Baton Rouge, LA 70816
Telephone 225-293-0095

and

**FRILOT L.L.C.**

_/s/ 4/6/11_
Leslie W. Ehret (#18494)
Michael H. Pinkerton (#25212)
1100 Poydras Street, Suite 3700
New Orleans, LA 70163-3700
Telephone:     (504) 599-8000
Facsimile:      (504) 599-8127

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this _6th_ day of _April_ 2011, served a copy of the foregoing pleading on counsel for all parties to this proceeding, via United States mail.

_/s/_
Michael H. Pinkerton

2