LIQUIDATION PROPERTIES, INC.,    SUIT NUMBER 54549 DIV. ____
WITHOUT RECOURSE

                                     40TH JUDICIAL DISTRICT COURT

VERSUS                                 PARISH OF ST. JOHN THE BAPTIST

JAMIE P. LABRANCHE AND           STATE OF LOUISIANA
KIM MARTIN LABRANCHE



## PETITION FOR MORTGAGE FORECLOSURE
## BY EXECUTORY PROCESS WITHOUT APPRAISAL

The petition of LIQUIDATION PROPERTIES, INC., WITHOUT RECOURSE, organized and existing under the laws of the State of CALIFORNIA, and authorized to do and doing business in the State of Louisiana, respectfully represents that:

1.

Made defendants herein are JAMIE P. LABRANCHE AND KIM MARTIN LABRANCHE, residents of the full age of majority and domiciled in the Parish of ST. JOHN THE BAPTIST, State of Louisiana and who presently owns immovable property in the Parish of ST. JOHN THE BAPTIST upon which petitioner asserts a mortgage.

2.

Petitioner is owner and holder in due course and for valuable consideration, of one (1) Adjustable Rate Promissory Note executed by JAMIE P. LABRANCHE, payable to the order of ARGENT MORTGAGE COMPANY, LLC, in the face amount of TWO HUNDRED FOUR THOUSAND AND NO/100 ($204,000.00) DOLLARS, payable in installments as more particularly described in the note beginning on NOVEMBER 1, 2006 with like installments due on the first day of each successive calendar month thereafter and stipulating an initial interest rate of (10.250%) percent per annum, with adjustments thereafter calculated in the manner and having the effective dates as more particularly set forth in the Note. The note has had as its rate of interest from SEPTEMBER 19, 2006 through present, 10.250% per annum. Pursuant to LSA-R.S. 9:3504(D)(8) there shall be no further adjustment in the rate unless the loan represented by the Note is reinstated. The original of said Promissory Note is attached hereto as an exhibit. Also, attached as an exhibit is the affidavit of a representative of petitioner, attesting as to the adjustment of the interest rate pursuant to the provisions of the Note.

3.

The Promissory Note was paraphed "Ne Varietur" by RICHARD D. WHITNEY, JR.,



Notary Public, on SEPTEMBER 19, 2006 to identify it with an Act of Mortgage executed on the same day by the maker of the note in the same sum as the Promissory Note to secure the payment of the Promissory Note mortgaging the hereinafter-described property.

4.

The Act of Mortgage is duly recorded in the Parish of ST. JOHN THE BAPTIST, Louisiana, at MOB #269126 of the official records of that Parish. A certified copy of said Act of Mortgage is attached hereto as an exhibit.

5.

The property described in the Act of Mortgage is described as follows:

THAT PORTION OF GROUND, TOGETHER WITH ALL THE BUILDINGS AND IMPROVEMENTS THEREON, AND ALL THE RIGHTS, WAYS, PRIVILEGES, SERVITUDES, APPURTENANCES AND ADVANTAGES THEREUNTO BELONGING OR IN ANYWISE APPERTAINING SITUATED IN THE PARISH OF ST. JOHN THE BAPTIST, STATE OF LOUISIANA, IN BELLE TERRE AND LOTS 157, 158, 159 AND 160 OF CARROLLWOOD SUBDIVISION SECTION NO. 3 BEING A RESUBDIVISION OF A PORTION OF SECTION 68, T11S, R7E, AND LOTS 42-43, 88-91, SQUARE 3 AND LOTS 119-125, SQUARE 5, CARROLLWOOD SUBDIVISION, SECTION NO. 3 AND ACCORDING TO THE PLAN OF J. J. KREBS, INC., SAID PORTION OF GROUND BEING DESIGNATED AND MEASURES AS FOLLOWS: LOT 57, SQUARE 8, BOUNDED BY CARMEL VALLEY DRIVE, COUNTRY CLUB DRIVE, FAIRWAY DRIVE, AND THE GOLF COURSE. SAID LOT 57 COMMENCES 653.70 FEET FROM THE POINT OF CURVATURE AT THE INTERSECTION OF CARMEL VALLEY DRIVE AND COUNTRY CLUB DRIVE AND MEASURES THENCE A 1ST DISTANCE OF 20.56 FEET FRONT ON CARMEL VALLEY DRIVE, THENCE A 2ND FRONTAGE OF 21.03 FEET ON CARMEL VALLEY DRIVE, THENCE A 3RD FRONTAGE OF 49.93 FEET ON CARMEL VALLEY DRIVE, WITH A WIDTH IN THE REAR OF 85 FEET, BY A DEPTH ALONG THE NORTHERLY SIDELINE OF 99.54 FEET, BY A DEPTH OF 120 FEET ALONG THE OPPOSITE SIDELINE.

ALL IN ACCORDANCE WITH A PLOT OF SURVEY BY J. J. KREBS & SONS, INC. DATED JULY 28, 1976.

IMPROVEMENTS THEREON BEAR THE MUNICIPAL NUMBER OF 2173 CARMEL VALLEY DRIVE, LAPLACE, LA 70068.

PROPERTY ACQUIRED BY KIM MARTIN LABRANCHE AND JAMIE P. LABRANCHE BY SALE DATED APRIL 8, 1996 AND RECORDED IN THE CONVEYANCE RECORDS AT BOOK 329, PAGE 541 OF ST. JOHN THE BAPTIST PARISH, LOUISIANA.

6.

The pertinent Adjustable Rate Note has been properly endorsed unto LIQUIDATION PROPERTIES, INC., WITHOUT RECOURSE, your petitioner herein

7.

The unpaid principal balance on the note sued upon herein is the sum of TWO HUNDRED THREE THOUSAND SEVEN HUNDRED FORTY-ONE AND 15/100 ($203,741.15) DOLLARS, (subject to any credits which may be given unto said balance from the time of the filing of the petition herein until the date of sheriff's sale), with interest paid and credited to JANUARY 1, 2007.

8.

The Act of Mortgage and Adjustable Rate Note provide that if there is a default in the payment of any installment, then all sums due thereunder including but not limited to principal, interest and attorney fees shall at once become due and payable.

9.

Petitioner forwarded the required thirty (30) day notice of default unto the defendants on MARCH 2, 2007 (a copy of said notice is attached hereto as an exhibit).

10.

The Adjustable Rate Note is in default beginning with the payment which was due on FEBRUARY 1, 2007. In accordance with the Adjustable Rate Note, plaintiff has exercised and does exercise its option to declare and accelerate the entire principal sum, interest, attorney fees, etc., due and payable. The defendants are therefore indebted unto petitioner in the full sum of TWO HUNDRED THREE THOUSAND SEVEN HUNDRED FORTY-ONE AND 15/100 ($203,741.15) DOLLARS, (subject to any credits which may be given unto said balance from the time of the filing of the petition herein until the date of sheriff's sale), together with interest thereon at the rate of (10.250%) percent per annum from JANUARY 1, 2007 until paid, plus accrued late charges in the amount of $365.60, plus Corporate Advance in the amount of $184.00, together with reasonable attorney fees of twenty-five (25%) percent additional on both principal and interest and all cost of these proceedings and this accelerated amount has not been paid and is in default.

10.

The Act of Mortgage is evidenced by an authentic act importing a confession of judgment for the entire amount due the plaintiff as set forth above and wherein said Act of Mortgage the defendant waived the demand and delay for payment as provided for by Article 2639 of the Louisiana Code of Civil Procedure.

11.

Petitioner desires the property be seized and sold Without benefit of appraisal.

**WHEREFORE**, annexed exhibits considered plaintiff respectfully prays that:

I. The court order the issuance of a writ of seizure and sale directed to the Sheriff of ST. JOHN THE BAPTIST Parish, commanding him to seize the mortgaged property described in the petition and to sell it in accordance with all requirements of law at public auction for cash Without appraisal to the highest bidder.

II. Out of the proceeds of this sale the plaintiff be paid according to its proper preference and priority over other persons and creditors, as follows:

| | |
|---|---|
| Balance* due on Principal of Adjustable Rate note | $ 203,741.15 |
| *Subject to any credits | TO BE COMPUTED |
| from JANUARY 1, 2007 until paid, 10.250% per annum | TO BE COMPUTED |
| Attorney Fees (25% of principal and interest) | TO BE COMPUTED |
| Late Charges | $ 365.60 |
| Corporate Advance | $ 184.00 |
| All Costs | TO BE COMPUTED |

RESPECTFULLY SUBMITTED:

HERSCHEL C. ADCOCK, JR.
ATTORNEY AT LAW
P. O. BOX 87379
BATON ROUGE, LA 70879
TELEPHONE: 225-756-0373
LBRN: 17903
OUR FILE NO.: 07-BA-10700

**THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED SHALL BE USED FOR THAT PURPOSE.
THIS NOTICE COMES FROM A DEBT COLLECTOR.**

<u>**LEGAL NOTICE**</u>

**UNLESS YOU NOTIFY THIS OFFICE WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION OF IT, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN THIRTY (30) DAYS FROM RECEIVING THIS NOTICE, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR JUDGMENT IF ANY, AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT THEN THE CURRENT CREDITOR. IF YOU REQUEST ANY OF THE ABOVE**

INFORMATION, WE WILL CEASE COLLECTION ON THE DEBT, OR ANY DISPUTED PORTION THEREOF, UNTIL WE FURNISH YOU WITH THE REQUESTED INFORMATION.

PLEASE SERVE:

JAMIE P. LABRANCHE AND
KIM MARTIN LABRANCHE
2173 CARMEL VALLEY DRIVE
LAPLACE, LA 70068

AND

ANY OCCUPANTS/TENANTS**
AT THE PROPERTY ADDRESS
(SEE ASTERISK BELOW)

**Please serve any occupants/tenants who may be currently residing at the above property address with the Notice of Seizure. If the above named defendants and/or occupants/tenants residing in the property are unable to be served, please post the Notice of Seizure on the front door of the property address pursuant to Louisiana Code of Civil Procedure Article 2293b, as amended.