LIQUIDATION PROPERTIES, INC
WITHOUT RECOURSE

Eliana DeFrancesch - Clerk of Court
Filed: Oct 13, 2010 10:43 AM
124457250

VERSUS

JAMIE P. LABRANCHE and
KIM MARTIN LABRANCHE

SUIT NUMBER: 54549

40TH JUDICIAL DISTRICT COURT

PARISH OF ST. JOHN THE BAPTIST

STATE OF LOUISIANA

*******************************************************************

### SUPPLEMENTAL AND AMENDING PETITION

The Supplemental and Amending Petition of **CITI PROPERTY HOLDINGS, INC**, whose agent is SN Servicing Corporation, herein through undersigned counsel, in the above captioned and number matter, respectfully represents that it seeks to supplement and amend its original petition filed herein as follows:

1.

Subsequent to filing the original *Executory Process on Immovable Property* in this matter the petitioner and defendant entered into an agreement to reinstate the debt. Certain payments and credits were received by petitioner and applied to this debt. Petitioner agreed to allow the defendant to reinstate the debt and requested that the proceedings in this matter be stopped.

2.

After applying said credits to this debt as agreed, the defendant remains justly and legally indebted unto petition in the full sum of **TWO HUNDRED THREE THOUSAND SIX HUNDRED FIFTY THREE and 39/100 ($203,653.39) DOLLARS** together with interest at the rate of 10.25% per annum from March 1, 2007, until paid, escrow payments advanced, late fees, reasonable attorney fees and for all costs of these proceedings.

3.

Despite defendant's agreement to continue the monthly payments due on the debt represented by the Note filed in the original proceedings herein, they have failed to make the payments as agreed. The amounts due for this note have become delinquent and petitioner has called the note due and avers that amicable demand has been made for payment, all without avail.


EXHIBIT B

1

Eliana DeFrancesch - Clerk of Court
Filed: Oct 13, 2010 10:43 AM


4.

Petitioner reiterates the prayer of the original petition and prays that the petition be supplemented and amended as stated herein.

**WHEREFORE,** petitioner prays:

1. For an Order of Executory Process to issue forthwith, and that a writ of seizure and sale issue herein directing the Sheriff of St. John the Baptist Parish, Louisiana, to seize and sell after due advertisement, delays, requisites and formalities, the property described in the original petition filed in this matter, free and clear of all homestead rights and exemptions, according to law, for cash, with appraisement, to pay and satisfy the claims of petitioner in the sum of **TWO HUNDRED THREE THOUSAND SIX HUNDRED FIFTY THREE and 39/100 ($203,653.39) DOLLARS** together with interest at the rate of 10.25% per annum from March 1, 2007, until paid, escrow payments advanced, late fees, reasonable attorney fees and for all costs of these proceedings; and

2. That the proceeds of the sale, petitioner's claims be paid in principal, interest, attorney fees and court costs by preference and priority over all other persons.

Petitioner further prays for all orders and decrees necessary in the premises.

**RESPECTFULLY SUBMITTED:**

_William A. Fogleman_
**WILLIAM A. FOGLEMAN**
Attorney for Petitioner
3050 Westfork Drive
Baton Rouge, Louisiana 70816
Telephone 225-293-0095
Bar No. 05630

**PLEASE SERVE:**

**JAMIE P. LABRANCHE &
KIM MARTIN LABRANCHE
2173 CARMEL VALLEY
LAPLACE, LA. 70068**

N:\Logs\CARLINE\Labranche, Jamie Supplemental and Amending Petition. amount.doc

2

**STATE OF LOUISIANA**
**PARISH OF EAST BATON ROUGE**

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the State and Parish aforesaid, personally came and appeared Katie Kubala, who after being duly sworn deposed and said:

That she is an authorized representative of **CITI PROPERTY HOLDINGS, INC** in the State of Louisiana; that she is familiar and well acquainted with the note and mortgage described in the Petition; that the true and correct amount owed to plaintiff on said account by the named defendants is the sum of **TWO HUNDRED THREE THOUSAND SIX HUNDRED FIFTY THREE and 39/100 ($203,653.39) DOLLARS** together with interest at the rate of 10.25% per annum from March 1, 2007, until paid, escrow payments advanced, late fees, reasonable attorney fees and that she has read the foregoing Petition in its entirety and that all of the allegations contained therein are true and correct to the best of his knowledge and belief.

Affiant further states that after a complete review of the documents contained in the files of the above referenced account, there is no indication that any of the defendant is in the military service of the United States or any of its allies.

**WITNESSES:**

_____
Angela Solorzano

_____
Jasmin Holmgren

**CITI PROPERTY HOLDINGS, INC, BY**
**SN Servicing Corporation, servicing agent**

By: _____
Katie Kubala

State of California
County of Humboldt

Subscribed and sworn (or affirmed) before me on this 07th day of October, 20 10, by Kate Kubala _____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____



MICHAEL A. FAGUNDES
COMM. #1889515
NOTARY PUBLIC - CALIFORNIA
HUMBOLDT COUNTY
My Comm. Expires May 15, 2014