# STATE OF LOUISIANA

## Fortieth Judicial District

### PARISH OF ST. JOHN THE BAPTIST

Eliana DeFrancesch - Clerk of Court
Filed: Apr 01, 2009 11:06 AM

105377337

NO. 54549

**LIQUIDATION PROPERTIES, INC., WITHOUT RECOURSE**

vs.

**JAMIE P. LABRANCHE AND KIM MARTIN LABRANCHE**

**TO:** Jamie P. Labranche, 2173 Carmel Valley Drive, Laplace, Louisiana

Residing in the Parish of St. John the Baptist,

Please take notice that by virtue of a Writ of Seizure and Sale, issued by the Honorable Fortieth Judicial District Court in and for the Parish of St. John the Baptist and dated October 22, 2007, I have seized, taken in my possession and custody, and in three days from the service hereof shall proceed to advertise and sell the following described property, to wit:

THAT PORTION OF GROUND, TOGETHER WITH ALL THE BUILDINGS AND IMPROVEMENTS THEREON, AND ALL THE RIGHTS, WAYS, PRIVILEGES, SERVITUDES, APPURTENANCES AND ADVANTAGES THEREUNTO BELONGING OR IN ANYWISE APPERTAINING SITUATED IN THE PARISH OF ST. JOHN THE BAPTIST, STATE OF LOUISIANA, IN BELLE TERRE AND LOTS 157, 158, 159 AND 160 OF CARROLLWOOD SUBDIVISION SECTION NO. 3 BEING A RESUBDIVISION OF A PORTION OF SECTION 68, T11S, R7E, AND LOTS 42-43, 88-91, SQUARE 3 AND LOTS 119-125, SQUARE 5, CARROLLWOOD SUBDIVISION, SECTION NO. 3 AND ACCORDING TO THE PLAN OF J. J. KREBS, INC., SAID PORTION OF GROUND BEING DESIGNATED AND MEASURES AS FOLLOWS: LOT 57, SQUARE 8, BOUNDED BY CARMEL VALLEY DRIVE, COUNTRY CLUB DRIVE, FAIRWAY DRIVE, AND THE GOLF COURSE. SAID LOT 57 COMMENCES 653.70 FEET FROM THE POINT OF CURVATURE AT THE INTERSECTION OF CARMEL VALLEY DRIVE AND COUNTRY CLUB DRIVE AND MEASURES THENCE A 1ST DISTANCE OF 20.56 FEET FRONT ON CARMEL VALLEY DRIVE, THENCE A 2ND FRONTAGE OF 21.03 FEET ON CARMEL VALLEY DRIVE, THENCE A 3RD FRONTAGE OF 49.93 FEET ON CARMEL VALLEY DRIVE, WITH A WIDTH IN THE REAR OF 85 FEET, BY A DEPTH ALONG THE NORTHERLY SIDELINE OF 99.54 FEET, BY A DEPTH OF 120 FEET ALONG THE OPPOSITE SIDELINE.
ALL IN ACCORDANCE WITH A PLOT OF SURVEY BY J. J. KREBS & SONS, INC. DATED JULY 28, 1976.
IMPROVEMENTS THEREON BEAR THE MUNICIPAL NUMBER OF 2173 CARMEL VALLEY DRIVE, LAPLACE, LA 70068.
PROPERTY ACQUIRED BY KIM MARTIN LABRANCHE AND JAMIE P. LABRANCHE BY SALE DATED APRIL 8, 1996 AND RECORDED IN THE CONVEYANCE RECORDS AT BOOK 329, PAGE 541 OF ST. JOHN THE BAPTIST PARISH, LOUISIANA.

**Time of Seizure:** 6:00 a.m.

to pay and satisfy in cash the writ issued in this case, to-wit: the sum of TWO HUNDRED THREE THOUSAND SEVEN HUNDRED FORTY ONE AND 15/100 DOLLARS ($203,741.15) together with interest at the rate of _____ per cent, per annum until paid and all costs of suit unless the same is immediately paid.

Sheriff's Office, Parish of St. John the Baptist  3-4  20 09.

_____
**Deputy Sheriff**

Parish of St John the Baptist on the 31st day of October 20 07
on the 4 day of March 20 09, I served a copy of the
Notice of Seizure + Sale
Jamie Labranche _____ this Parish
his or her usual place of domicile, in the Parish St. John the Baptist, by handing and
delivering the same to Kim Labranche person.
Returned Parish of St. John the Baptist 3-4-09 20___

_____
Deputy Sheriff

I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD
BY: _____ CLERK OF COURT
PARISH OF ST. JOHN THE BAPTIST, LA
DATE: April 1, 2009

**EXHIBIT C**