Eliana DeFrancesch - Clerk of Court
Filed: Oct 20, 2010  11:23 AM

   124477449

   D54296231

# CITATION
## (SUPPLEMENTAL OR AMENDING PETITION)

| | |
|---|---|
| CITI PROPERTY HOLDINGS, INC. F/K/A LIQUIDATION PRO<br>VS<br>JAMIE P. LABRANCHE AND KIM MARTIN LABRANCHE<br>DOCKET NUMBER: C-54549 | 40TH JUDICIAL DISTRICT COURT<br>PARISH OF ST. JOHN THE BAPTIST<br>STATE OF LOUISIANA |

ST. JOHN PARISH
REC'D.: _____, 20____
ERVED: 10-18, 20 10
N: JAMIE LABRANCHE

To: **JAMIE P. AND KIM MARTIN LABRANCHE**
2173 CARMEL VALLEY
LAPLACE, LA 70068

RSONAL (✓)
MICILIARY ( )

D./ A. Schaff

Parish: ST. JOHN THE BAPTIST

You are hereby summoned to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing an Answer or other pleading to said Petition, in the Fortieth Judicial District Court in and for the Parish of St. John the Baptist, State of Louisiana, within ten (10) days after the service hereof, under penalty of default.

This service was ordered by **WILLIAM FOGLEMAN** and was issued by the Clerk of Court on the **14TH DAY OF OCTOBER, 2010**.

Also attached are the following documents:

**SUPPLEMENTAL AND AMENDING PETITION**

*Chadna Gauthier*
**CHADNA GAUTHIER**
Deputy Clerk of Court for
Eliana DeFrancesch, Clerk of Court

RECEIVED ON THE _____ DAY OF _____, 20_____ AND ON THE _____ DAY OF _____, 20_____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _____.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF _____, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF _____ THIS _____ DAY OF _____, 20_____.

SERVICE $ 20.00
BY: _____
MILEAGE $ 5.38                              DEPUTY SHERIFF
TOTAL     $ 25.38

ORIGINAL - RETURN        COPY - SERVICE        COPY - CLERK

**EXHIBIT**
D

Deg. 1