IN THE UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF LOUISIANA

CITI PROPERTY HOLDING INC.        CASE NO: 11-617 R (1)
        PLAINTIFF

VS.

JAMIE LABRANCHE
        DEFENDANT

*******************************************************

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR - 8 2011
LORETTA G. WHYTE
CLERK

EXPARTE MOTION TO OBJECT " OBJECTION" TO PLAINTIFFS MOTION TO REMAND CASE 11-617 TO STATE COURT, TO HEARING SET FOR APRIL 27, 2011, AND TO CONTINUE WITHOUT DATE ON DEFENDANTS SUMMARY JUDGMENT

   NOW COMES JAMIE LABRANCHE OBJECTING TO PLAINTIFF MOTION TO REMAND CASE 11-617 TO STATE COURT. AND OBJECTING TO HEARING DATE SET FOR APRIL 27, 2011.

 (1) IN YOUR " MEMORANDUM IN SUPPORT OF MOTION TO REMAND" YOU STATED: " WHEN RECENTLY, ON FEBRUARY 25, 2011, THE STATE COURT RULED IN A HEARING THAT THE FORECLOSURE COULD PROCEED" THAT IS A FALSE STATEMENT UPON A FEDERAL COURT. SEE MINUTES OF COURT "EXHIBIT (A)" SIGNED AND DATED MARCH 23, 2011 BY DEPUTY CLERK OF 40JD.

(2) THIS ACTION IS A CIVIL ACTION OF WHICH THIS COURT HAS ORIGINAL JURISDICTION UNDER 28 U.S.C. 1331 AND IS ONE WHICH MAY BE REMOVED TO THIS COURT BY DEFENDANT PURSUANT TO PROVISIONS OF 28 U.S.C. 1441 "B" IN THAT IT ARISES UNDER 15 U.S.C. 1601 REG. (Z) 12CFR 226.23

(3) WHEN FRAUD WAS ENTERED ONTO STATE COURT BY AN OFFICER OF THAT COURT.THE STATE COURT LOST THEIR JURISDICTION OVER CASE AND ANY RULING MADE IN STATE COURT NEVER WILL BE FINAL AS A MATTER OF LAW. ON YOUR DISCUSSION YOU STATED REMOVAL WAS UNTIMELY,THERE ARE NO TIME LIMITS WHEN FRAUD IS UPON THE COURT.

Fee _____
Process _____
X Dktd _____
X CtRmDep _____
Doc No. _____

(4) WHERE FEDERAL AND STATE LAW CLAIMS ARE JOINED,THE COURT HAS THE POWER TO RETAIN THE FEDERAL CLAIMS, IN EFFECT SEVERING THE ACTION.** EMRICH V. TOUCHE ROSS & CO. 846 F 2D 1190 ( 9TH  CIR. 1988 )

I HAVE SUMMARY JUDGMENT HEARING DATE SET  FOR MAY 11,2011.I FILED IT ON APRIL 4, 2011, BEFORE YOU FILED MOTION TO REMAND.I " OBJECT" YOU GOING BEFORE MY SUMMARY JUDGMENT HEARING IN SUCH A MOTION TO REMAND.I EXTENDED YOU 38 DAYS TO ANSWER SUMMARY JUDGMENT AND PREPARE FOR ARGUMENTS.,AND YOU COME WITH ANOTHER EXPARTE MOTION TO JUMP IN FRONT OF ME WITH A PROVEN FALSE STATEMENT IN YOUR MEMORANDUM IN SUPPORT OF MOTION TO REMAND.

WE PRAY THE HONORABLE COURT WILL SET THE PLAINTIFF HEARING TO REMAND,AFTER MY HEARING FOR SUMMARY JUDGMENT ON MAY 11, 2011

_____
JAMIE LABRANCHE
2173 CARMEL VALLEY DRIVE
LAPLACE, LA.70068
504-559-9586

NOTE TO COURT: I AM REQUESTING THAT THE COURT OR PLAINTIFF SEND ME EMAILS OF ALL FILINGS, BECAUSE I DO NOT HAVE PACER AND EVERY MOTION PLAINTIFF FILED TO DATE WAS EXPARTE. MY EMAIL: JAMIELABRANCHE@ME.COM

IN THE UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF LOUISIANA

CITI PROPERTY HOLDING INC.     CASE NO: 11-617 R (1)
     PLAINTIFF

VS.

JAMIE LABRANCHE
     DEFENDANT

*****************************************************************

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY ON 4-8-2011 I CAUSE THIS EXPARTE MOTION TO OBJECT TO PLAINTIFF MOTION TO REMAND AND HEARING SET TO BE DELIVERED TO WILLIAM FOGLEMAN, 3050 WESTFORK DR. BATON ROUGE LA. 70816 AND TO LESLIE EHRET & MICHAEL PINKERTON 1100 POYDRAS STREET, SUITE 3700, NEW ORLEANS, LA. 70163, BY POSTING A COPY IN US MAIL.

4-8-2011

        JAMIE LABRANCHE
        2173 CARMEL VALLEY DRIVE
        LAPLACE LA. 70068
        504-559-9586
        JAMIELABRANCHE@ME.COM

CITI PROPERTY HOLDINGS, INC. F/K/A LIQUIDATION PRO     SUIT:  C-54549     B
VS
JAMIE P. LABRANCHE AND KIM MARTIN LABRANCHE

DATE:      3/23/2011                                    JUDGE: MARY HOTARD
                                                               BECNEL

### MINUTES OF THE COURT

MARY HOTARD BECNEL - JUDGE
MONICA R. JOSEPH - MINUTE CLERK
LAURA HAINDLE - COURT REPORTER
BETTY BAILEY - BAILIFF

2/25/2011      PRESENT:
C-54549                     JULES CARVILLE ATTORNEY FOR CITI PROPERTY HOLDINGS
                            JAMIE LABRANCHE IN PROPER PERSON

               **STATUS HEARING**

               STATEMENT BY MR. LABRANCHE
               STATEMENT BY MR. CARVILLE

               THIS MATTER IS STAYED FOR 15 DAYS. MR. LABRANCHE HAS 15 DAYS TO FILE
               THE PROPER PLEADINGS IF NOT THE COURT WILL GO FORWARD WITH THIS
               MATTER.

               THIS MATTER I SET FOR TRIAL ON MARCH 17, 2011.

A TRUE COPY AND CORRECT COPY OF THE MINUTES
OF THE 40TH JUDICIAL DISTRICT COURT
JUDGE MARY HOTARD BECNEL, PRESIDING

_____
DEPUTY CLERK, 40TH JUDICIAL DISTRICT COURT
ST. JOHN THE BAPTIST PARISH, LA
MARCH 23, 2011

EXHIBIT "A"



PRINT    Back to story

# The foreclosure mess isn't going away

By Zachary Roth
Mon Apr 4, 11:30 am ET



We've told you before about how big banks cut corners on paperwork over the last few years in order to speed struggling homeowners into foreclosure. And a "60 Minutes" report that aired last night offers fresh anecdotal reporting on just how irresponsible--and potentially fraudulent--the banks' practices were. Meanwhile, compelling video of a grandmother being evicted from her home by a SWAT team last week suggests the banks aren't slowing down their rush to foreclosure and eviction.

Banks profit by processing a vast number of homes into foreclosure as quickly as possible. But as "60 Minutes" details, many of the mortgages at issue were bundled and sold from one Wall Street investor to another during the housing boom, with scant attention paid among financial players to the actual underlying ownership documents. And as the foreclosures unwind in a slew of court proceedings nationwide, many banks have produced dubiously rendered legal documents that seek to shore up the ownership paperwork long after the original mortgage transactions were on the books. In some cases, financial institutions paid contract companies who employed an army of "robo-signers"—office workers who forged signatures on mortgage documents that were then used to initiate foreclosures.

You can watch the full 14-minute report here:



The next housing shock

Scott Pelley of "60 Minutes" spoke with one former robo-signer, Chris Pendley, a man who had been paid to sign the name "Linda Green" thousands of times over the course of an average workday on mortgage documents.

*"When you came in to Docx on your first day, what did they tell you your job was gonna be?" Pelley asked.*

*"They told me that I was gonna be signing documents for using someone else's name," Pendley remembered.*

*"Did you think there was something strange about that in the beginning?" Pelley asked.*

*Yeah, it seemed a little strange. But they told us and they repeatedly told us that everything was above board and it was legal," Pendley said.*

*Pendley told Pelley he had no previous experience in banking, in legal documents, and that there were no requirements for the job.*

*"You had to be able to hold a pen?" Pelley remarked.*

*"Hold a pen," he agreed.*

Print Story: The foreclosure mess isn't going away - Yahoo! News    Page 3 of 4

Case 2:11-cv-00617-SSV-SS    Document 13    Filed 04/08/11    Page 7 of 8

*Asked if he understood what these documents were, Pendley said, "Not really" . . . .*

*Pendley showed us how he signed mortgage documents as "Linda Green." He told us Docx employees had to sign at least 350 an hour. Pendley estimates that he alone did 4,000 a day.*

There was an actual Linda Green, Pendley discovered, but she was no bank president either; she is a former shipping clerk for an auto parts store who was also hired on as a robo-signer at Docx. One plaintiff in a pending lawsuit discovered that Green is named as a vice president for 20 different banks in different mortgage documents, all bearing strikingly different renditions of her signature. She didn't agree to an on-camera interview, but she told Pelley that the company selected her name because it was short and easy to sign rapidly on the doctored ownership documents.

All 50 state attorneys general are currently conducting an investigation into the foreclosure mess--including cases that involve forged documents like these. And Shelia Bair, head of the Federal Deposit Insurance Corporation, told CBS she thinks the banks should have to pay billions to set up a compensation fund for those who are being forced to accept foreclosure without proper documentation.

But if you thought all this might have chilled the banks' zeal to push struggling borrowers from their homes, think again.

The footage below from a local news station shows Catherine Lennon, a grandmother from Rochester, New York being forcibly evicted from her home by a SWAT team.



Lennon has said that though she missed some mortgage payments after her husband died in 2008, she subsequently began making payments again. But because it was her husband's name, not hers, on the official mortgage documents, Fannie Mae wouldn't accept her money, and moved her house into foreclosure.

Federal lawmakers intervened, and Lennon may soon get her house back--she's been staying in a homeless shelter lately. But countless other Americans who are in similar positions may not be as lucky.

(AP Photo/David J. Phillip)

Copyright © 2011 Yahoo! Inc. All rights reserved.   Questions or Comments   Privacy Policy   About Our Ads   Terms of Service   Copyright/IP Policy