UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CITI PROPERTY HOLDINGS, INC. | * CIVIL ACTION |
| VERSUS | * NO: 11-617 |
| JAMIE P. LABRANCHE ET AL | * SECTION: "R"(1) |

## REPLY MEMORANDUM IN SUPPORT OF MOTION TO REMAND

Plaintiff, Citi Property Holdings, Inc., whose agent is SN Servicing Corporation ("Citi Property Holdings") respectfully submits this reply memorandum in support of its motion to remand this case to state court. Citi Property Holdings does so solely to clarify that while the state court did conduct a hearing on February 25, 2011, it was at a subsequent hearing, on March 17, 2011, in which the state court denied Mr. LaBranche's request for what was essentially a temporary restraining order. The state court also ordered the parties to submit legal memoranda within fifteen (15) days on any entitlement to relief. Instead, Mr. LaBranche filed this baseless removal. A copy of the transcript from the March 17, 2011, hearing is attached as Exhibit A.

Respectfully submitted,

William A. Fogleman (#5630)
Attorney for Petitioner
3050 Westfork Drive
Baton Rouge, LA 70816
Telephone 225-293-0095

and

**FRILOT L.L.C.**

Leslie W. Ehret (#18494)
Michael H. Pinkerton (#25212)
1100 Poydras Street, Suite 3700
New Orleans, LA 70163-3700
Telephone:    (504) 599-8000
Facsimile:    (504) 599-8127

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 26th day of April 2011, served a copy of the foregoing pleading on counsel for all parties to this proceeding, as follows:

Jamie LaBranche
Via e-mail: jamielabranche@me.com

Michael H. Pinkerton